DiCio et ux., Appellants, *v.* Celento et ux.,
Appellants.

Argued
November 13, 1970.   *Sanford S. Finder,* for plaintiffs;
*Thomas H. M. Hough,* with him *Lucchino, Gaitens &
Hough,* for defendants.

Judgment affirmed.

## East Pittsburgh School District Appeal.

Argued November
12, 1970.   *James R. Orr,* with him *Egan J. Durkin,* and
*Reed, Smith, Shaw & McClay,* for appellant; *M. E.
Evashwick* and *Patrick H. Washington,* Deputy Attorney General, with them *Parker, Evashwick, Brieger &
Capone,* and *Fred Speaker,* Attorney General, for appellee.

Order affirmed.

## Fletcher et ux., Appellants, *v.* Knach.

Argued November 12, 1970.
*John W. Ford,* with him *McArdle & Mansmann,* for
appellants; *Charles Kirshner,* with him *Rosenberg,
Kirshner & Solomon,* for appellee.

Order affirmed.